IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08-cv-00513-EWN-KMT

TOTAL RENAL CARE, INC.,

    Plaintiff,

v.

WESTERN NEPHROLOGY AND METABOLIC BONE DISEASE, P.C., MICHAEL ANGER, M.D., MATTHEW ESSON, M.D., DAVID GILLUM, M.D., RICHARD HALTERMAN, M.D., KAREN LOCHHEAD, M.D., THOMAS MOONEY, M.D., HARMEET SINGH, M.D., AMERICAN RENAL ASSOCIATES, INC., and DOES 10 THROUGH 50,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO
ESTABLISH COMMON RESPONSE DATE FOR ALL DEFENDANTS**

---

    This Court, having considered Defendant American Renal Associates LLC's Unopposed Motion To Establish Common Response Date For All Defendants, hereby ORDERS:

    All defendants shall have up until and including May 19, 2008 to answer or otherwise respond to Plaintiff Total Renal Care, Inc.'s March 12, 2008 complaint.

    DATED this 25th day of April, 2008.

                                     BY THE COURT:


                                     s/ Edward W. Nottingham
                                     EDWARD W. NOTTINGHAM
                                     Chief United States District Judge