IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk　　　　　　　　　　Date: April 29, 2008
Therese Lindblom, Court Reporter

Civil Action No. 08–cv–00513–EWN–KMT

| *Parties:* | *Counsel:* |
|---|---|
| TOTAL RENAL CARE, INC., | Thomas Ryan, Charles Weir, and James Baird |
| Plaintiff, | |
| v. | |
| WESTERN NEPHROLOGY AND METABOLIC BONE DISEASE, P.C.; MICHAEL ANGER, M.D.; MATTHEW ESSON, M.D.; EILEEN FISH, M.D.; DAVID GILLUM, M.D.; RICHARD HALTERMAN, M.D.; MARK HARRISON, M.D.; KAREN LOCHHEAD, M.D.; THOMAS MOONEY, M.D.; HARMEET SINGH, M.D.; AMERICAN RENAL ASSOCIATES, INC.; and DOES 1 THROUGH 50, | Jeffrey Clark, Ellen Stewart, Daniel Bubar, Brian Duffy, and David Palmer |
| Defendants. | |

---

## COURTROOM MINUTES

---

**Hearing Regarding Motion for Preliminary Injunction**

**9:00 a.m.**　　　Court in session.

Court calls case and appearances.

Discussion regarding procedure for today's hearing.

**9:04 a.m.**  Opening statement by Mr. Ryan.

**9:21 a.m.**  Opening statement by Mr. Clark.

**9:36 a.m.**  Opening statement by Mr. Palmer.

**9:40 a.m.**  Plaintiff's witness, Georgina Randolph, called and sworn.

Direct examination by Mr. Ryan.

*Exhibits Identified as Stipulated: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 23, 24, 25*

*Exhibits Received: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 23, 24, 25*

**10:17 a.m.**  Court in recess.

**10:25 a.m.**  Court in session.

Witness resumes witness stand.  Cross examination by Mr. Clark.

**10:42 a.m.**  Re-direct examination by Mr. Ryan.

**10:44 a.m.**  Witness excused.

**10:45 a.m.**  Plaintiff's witness, Laura Mildenberger, called and sworn.

Direct examination by Mr. Ryan.

**10:59 a.m.**  Cross examination by Mr. Clark.

**11:02 a.m.**  Witness is excused.

**11:03 a.m.**  Defendants' witness, Dr. Michael Anger, called and sworn.

Direct examination by Mr. Clark.

**11:24 a.m.** Cross examination by Mr. Ryan.

Court directs that unredacted page 14 be added to Exhibit 2 which was received with a redacted page.

**11:49 a.m.** Re-direct examination by Mr. Clark.

**11:52 a.m.** Court questions parties.

**11:53 a.m.** Witness is excused.

**11:56 a.m.** Court in recess.

**1:10 p.m.** Court in session.

Mr. Clark states that parties are now prepared to stipulate to exhibit 19 and asks that the exhibit be admitted.

*Exhibit Received: 19*

**1:12 p.m.** Defendants' witness, Richard Spears, called and sworn.

Direct examination by Mr. Clark.

**1:18 p.m.** Cross examination by Mr. Weir.

*Exhibit Identified: 20*

*Exhibit Received: 20*

**1:48 p.m.** Witness excused.

Defense rests.

Plaintiff rests.

**1:48 p.m.** Closing argument by Mr. Ryan.

**2:07 p.m.** Closing argument by Mr. Clark.

**2:33 p.m.**     Statement by Mr. Palmer.

**2:40 p.m.**     Rebuttal argument by Mr. Ryan.

**2:43 p.m.**     Court's findings.

**ORDERED:**          **Plaintiff's Motion for a Preliminary Injunction (#4, filed March 24, 2008) is DENIED.**

**3:21 p.m.**     Court in recess.

Hearing concluded.

Total time in court:  04:59