IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–00513–EWN–KMT

TOTAL RENAL CARE, INC.,

    Plaintiff,

v.

WESTERN NEPHROLOGY AND METABOLIC BONE DISEASE, P.C. et al,

    Defendants.

---

**STIPULATION** AND **ORDER** REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial/hearing, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

DATED this 29th day of April, 2008.

BY THE COURT:

_____
EDWARD W. NOTTINGHAM
Chief United States District Judge

_____　　_____
Counsel for Plaintiff　　　　　　Counsel for Defendant