IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00513–EWN–KMT

TOTAL RENAL CARE, INC.,

    Plaintiff,

v.

WESTERN NEPHROLOGY AND METABOLIC BONE
DISEASE, P.C,
MICHAEL ANGER, M.D.,
MATTHEW WESSON, M.D.,
DAVID GILLUM, M.D.,
RICHARD HALTERMAN, M.D.,
KAREN LOCHHEAD, M.D.,
THOMAS MOONEY, M.D.,
HARMEET SINGH, M.D.,
AMERICAN RENAL ASSOCIATES, INC., and
DOES 1 THROUGH 50,

    Defendants.

**ORDER**

This matter is before the court on "Motion to Amend American Renal Associates, LLC's Answer by Adding Additional Parties and Counterclaims" [Doc. No. 63, filed July 31, 2008]; "Plaintiff's Motion for Leave To File First Amended Complaint" [Doc. No. 64, filed July 31, 2008; and "Motion to Amend Western Nephrology Defendants' Counterclaims and to Add a Third Party Complaint" [Doc. No. 65, filed July 31, 2008]. There are no responses filed to any of the three motions. Further, in the parties' First and Second "Joint Motion to all Parties to

Amend Scheduling Order" [Doc. Nos. 73 and 74, ¶ 5] the parties jointly state, "No party opposes the amendments submitted on July 31, 2008."

For good cause shown, it is hereby ORDERED:

1. "Motion to Amend American Renal Associates, LLC's Answer by Adding Additional Parties and Counterclaims" [Doc. No. 63] is GRANTED. The Clerk of the Court shall forthwith file American Renal Associates, LLC.'s Amended Answer and Counterclaims (currently attached as Exhibit A, Doc. No. 63-2).

2. "Plaintiff's Motion for Leave To File First Amended Complaint" [Doc. No. 64] is GRANTED. The Clerk of the Court shall forthwith file the First Amended Complaint and Jury Demand (currently attached as Exhibit A, Doc. No. 64-2).

3. "Motion to Amend Western Nephrology Defendants' Counterclaims and to Add a Third Party Complaint" [Doc. No. 65] is GRANTED. The Clerk of the Court shall forthwith file the Western Defendants' Amended Counterclaims and Third Party Complaint (currently attached as Exhibit A, Doc. No. 65-2).

4. The Clerk shall amend the caption of the case to comport with the Amended pleadings allowed herein.

Dated this 25th day of August, 2008.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge