IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08–cv–00513–EWN–KMT

TOTAL RENAL CARE, INC.,

    Plaintiff/Counter-Claimants/Third-Party Defendants,

v.

WESTERN NEPHROLOGY AND METABOLIC BONE DISEASE, P.C,
MICHAEL ANGER, M.D.,
MATTHEW ESSON, M.D.,
DAVID GILLUM, M.D.,
RICHARD HALTERMAN, M.D.,
KAREN LOCHHEAD, M.D.,
THOMAS MOONEY, M.D.,
HARMEET SINGH, M.D.,
AMERICAN RENAL ASSOCIATES, INC., and
DOES 1 THROUGH 50,

    Defendants/Counter-Defendants/Third-Party Plaintiffs.

---

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Kathleen M. Tafoya**
**United States Magistrate Judge**

    This matter is before the court on "First Joint Motion of All Parties To Amend Scheduling Order Pertaining to Dismissal Motions and Dispositive Schedule" [Doc. No. 73, filed August 21, 2008] and "Second Joint Motion of All Parties To Amend Scheduling Order Pertaining to Discovery Deadlines" [Doc. No. 74, filed August 21, 2008].

    The November 12, 2008 dispositive motions deadline in this case was set by Chief Judge Edward W. Nottingham in his General Case Management Order and Order of Reference to the

United States Magistrate Judge [Doc. No. 3, filed March 18, 2008]. Chief Judge Nottingham's Order also provides

> The magistrate judge designated below may modify this deadline for any particular motion or for all such motions if the modification results in shortening the deadline. ***The deadline shall not be extended*** except by my order, entered only upon (1) written motion demonstrating "good cause" for an extension (see Fed. R. Civ. P. 16[b]) and (2) the assigned magistrate judge's written recommendation setting forth the reasons for believing there is "good cause" for the extension and proposing that the motion be granted.

*Id.* (emphasis in original).

On August 25, 2008, this court allowed amendments of the complaint, answer and counterclaims adding new parties and new claims. [Order, Doc. No.78]. As the Scheduling Order now stands, only sixty days remain before the discovery cut-off. The new claims and counterclaims add significant new issues and may cause additional dispositive motions to be filed.

The court has held a settlement conference in this matter on April 1, 2008 and has another scheduled for September 3, 2008. It is obvious to this court that the parties are working on this case diligently. This court believes that a continuance of ninety days is not unreasonable under all the circumstances of the case.

I respectfully RECOMMEND pursuant to the Court's General Case Management Order and Order of Reference that the "First Joint Motion of All Parties To Amend Scheduling Order Pertaining to Dismissal Motions and Dispositive Schedule" [Doc. No. 73] be GRANTED as modified and the "Second Joint Motion of All Parties To Amend Scheduling Order Pertaining to Discovery Deadlines" [Doc. No. 74] be GRANTED as modified.

I RECOMMEND that the Scheduling Order [Doc. No. 60] be modified with respect to the following deadline dates:

| | |
|---|---|
| Discovery Cut-Off | January 30, 2009 |
| Initial Expert Disclosure (all parties) | November 30, 2008 |
| Rebuttal Expert Disclosure (all parties) | December 30, 2008 |
| Dispositive Motions Deadline | March 2, 2009 |

Dated this 26th day of August, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge