IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–00513–EWN–KMT

TOTAL RENAL CARE, INC.,

    Plaintiff/Counter Defendant/Counterclaim Defendant,

v.

WESTERN NEPHROLOGY AND METABOLIC BONE
DISEASE, P.C., and
AMERICAN RENAL ASSOCIATES, INC.,

    Defendants/Counterclaimants/Third Party Plaintiffs,

MICHAEL ANGER, M.D.,
MATTHEW ESSON, M.D.,
DAVID GILLUM, M.D.,
RICHARD HALTERMAN, M.D.,
KAREN LOCHHEAD, M.D.,
THOMAS MOONEY, M.D.,
HARMEET SINGH, M.D.,
DOES 1 THROUGH 50, and

    Defendants.

DAVITA, INC.,

    Counterclaim Defendant/Third Party Defendant.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed August 26, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The "First Joint Motion of All Parties To Amend Scheduling Order Pertaining to Dismissal Motions and Dispositive Schedule" (#73, filed August 21, 2008) is GRANTED as modified.

3. The "Second Joint Motion of All Parties To Amend Scheduling Order Pertaining to Discovery Deadlines" (#74, filed August 21, 2008) is GRANTED as modified.

4. The Scheduling Order (#60, filed June 2, 2008) is amended as follows:

| | |
|---|---|
| Discovery Cut-Off | January 30, 2009 |
| Initial Expert Disclosure (all parties) | November 30, 2008 |
| Rebuttal Expert Disclosure (all parties) | December 30, 2008 |
| Dispositive Motions Deadline | March 2, 2009 |

DATED this 5th day of September, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge