IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00513–CMA–KMT

TOTAL RENAL CARE, INC.,

    Plaintiff/Counter-Claimants/Third-Party Defendants,

v.

WESTERN NEPHROLOGY AND METABOLIC BONE DISEASE, P.C,
MICHAEL ANGER, M.D.,
MATTHEW ESSON, M.D.,
DAVID GILLUM, M.D.,
RICHARD HALTERMAN, M.D.,
KAREN LOCHHEAD, M.D.,
THOMAS MOONEY, M.D.,
HARMEET SINGH, M.D.,
AMERICAN RENAL ASSOCIATES, INC., and
DOES 1 THROUGH 50,

    Defendants/Counter-Defendants/Third-Party Plaintiffs.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Amended Motion for Stipulated Protective Order" (#105, filed October 23, 2008) is GRANTED. The Stipulated Protective Order will be entered.

Dated: October 27, 2008