IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00513–CMA–KMT

TOTAL RENAL CARE, INC.,

    Plaintiff/Counter-Claimants/Third-Party Defendants,

v.

WESTERN NEPHROLOGY AND METABOLIC BONE DISEASE, P.C,
MICHAEL ANGER, M.D.,
MATTHEW ESSON, M.D.,
DAVID GILLUM, M.D.,
RICHARD HALTERMAN, M.D.,
KAREN LOCHHEAD, M.D.,
THOMAS MOONEY, M.D.,
HARMEET SINGH, M.D.,
AMERICAN RENAL ASSOCIATES, INC., and
DOES 1 THROUGH 50,

    Defendants/Counter-Defendants/Third-Party Plaintiffs.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion of All Parties to Amend Scheduling Order" (Doc. No. 110, filed November 13, 2008) is GRANTED IN PART as follows:

| | |
|---|---|
| Disclosure of Experts and Expert Reports | Due February 16, 2009 |
| Disclosure of Rebuttal Experts and Expert Reports | Due March 9, 2009 |
| Close of <u>All</u> Discovery | Due April 30, 2009 |
| Dispositive Motions | Due June 1, 2009 |

The Preliminary Pretrial Conference set for December 15, 2008, is VACATED and RESET as a <u>Final</u> Pretrial Conference on August 4, 2009, at 9:45 a.m.

Dated: November 24, 2008