**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.**   08-cv-00513-CMA-KMT | FTR |
| **Date:**   June 24, 2009 | Debra Brown, Deputy Clerk |
| TOTAL RENAL CARE, INC. | Charles E. Weir (Telephone)<br>David Palmer  (Telephone) |
| Plaintiff. | |
| v. | |
| WESTERN NEPHROLOGY AND METABOLIC<br>BONE DISEASE, P.C., et al. | Jeffrey Clark<br>Ellen Stewart |
| AMERICAN RENAL ASSOCIATES, INC. | David G. Palmer |
| Defendants. | |

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**MOTIONS HEARING**

**Court in Session: 9:29 a.m.**

Court calls case.  Appearance of counsel.

Court's opening remarks regarding the pending motions.
Statements by Mr. Weir

**ORDERED:**   "MOTION to Compel Production of Audio Tapes from Defendant Western Nephrology" [Document #129, filed May 11, 2009] is **WITHDRAWN** and is therefore moot.

Statements by Mr. Weir regarding "Plaintiff's "MOTION to Compel Responses to Antitrust Discovery" [Document #126, filed May 11, 2009].

**ORDERED:**   "Plaintiff's "MOTION to Compel Responses to Antitrust Discovery" [Document #126, filed May 11, 2009] will proceed against Defendant American Renal Associates, Inc., a/k/a DaVita only

Statements by Mr. Palmer.
Objections by Mr. Weir.
Rebuttal by Mr. Palmer.

**ORDERED:**   "Plaintiff's "MOTION to Compel Responses to Antitrust Discovery" [Document #126, filed May 11, 2009] is **GRANTED in part to the extent there is anything additional to be produced.** The motion is **DENIED** as to the request for attorneys fees and costs.

**ORDERED:**   The parties joint Oral Motion to Extend the Discovery Deadline for Thirty (30) days is **GRANTED** as follows: **Discovery is extended to August 28, 2009; Dispositive motions extended to September 30, 2009; Final Pretrial Conference** previously set for September 30, 2009 at 9:30 a.m. **is RESET to November 03, 2009 at 9:00 a.m. (½ hour) Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

Valid photo identification is required to enter the courthouse.  The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Tafoya_Chambers@cod.uscourts.gov **five (5) business days prior to Final Pretrial Conference**.  In the subject line of the e-mail, counsel shall list the case number, short caption, and "proposed final pretrial order."  (See www.cod.uscourts.gov for more information.)

**Court in recess: 10:28 a.m.**
Total In-Court Time 0:59; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.