IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-00513-CMA-KMT

TOTAL RENAL CARE, INC.,

    Plaintiff,

v.

WESTERN NEPHROLOGY AND METABOLIC BONE DISEASE, P.C.,
MICHAEL ANGER, M.D.,
MATTEW ESSON, M.D.,
EILEEN FISH, M.D.,
DAVID GILLUM, M.D.,
RICHARD HALTERMAN, M.D.,
MARK HARRISON, M.D.,
KAREN LOCHHEAD, M.D.,
THOMAS MOONEY, M.D.,
HARMEET SINGH, M.D.,
AMERICAN RENAL ASSOCIATES INC., and
DOES 1 THROUGH 50,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

This matter is before the Court *sua sponte*. Upon completion of the Final Pretrial Conference, this matter is ready to be set for trial. Defendants anticipate a three-week trial; Plaintiff anticipates a trial at least longer than five days. The Court hereby

ORDERS a status conference scheduled for **April 6, 2010 at 3:00 p.m.**, in Courtroom A602 of the Arraj Courthouse, to determine the number of days this matter should be set for trial.

All counsel should be present at this status conference. Anyone desiring to participate by telephone should call Chambers (303-335-2174) to advise of their telephone participation and obtain instructions on how to do so.

DATED: March  25 , 2010          BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge