**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-CV-00513-CMA-KMT

TOTAL RENAL CARE, INC.,

       Plaintiff,

v.

WESTERN NEPHROLOGY AND
  METABOLIC BONE DISEASE, P.C., *et al.*

       Defendants.

AND OTHER RELATED CLAIMS.

---

**NOTICE OF SETTLEMENT AND STIPULATION REGARDING THE DISMISSAL OF
ALL CLAIMS WITH PREJUDICE**

---

The parties to this action have reached a settlement of all matters at issue and each desire to voluntarily dismiss all of their respective claims and counterclaims with prejudice. Accordingly, pursuant Federal Rule of Civil Procedure 41(a)(1), Plaintiff and Cross-Defendant Total Renal Care, Inc.; Cross-Defendants DaVita Inc. and Total Renal Research, Inc.; and Defendants and Counterclaimants American Renal Associates, Inc., Western Nephrology and Metabolic Bone Disease, P.C., Michael Anger, M.D., Matthew Esson, M.D., David Gillum, M.D., Richard Halterman, M.D., Thomas Mooney, M.D., and Harmeet Singh, M.D., by and through their respective undersigned counsel, hereby voluntarily dismiss each and every one of their respective claims in the above-captioned matter with prejudice.

| | |
|---|---|
| Dated: May 28, 2010 | By: /s/ Charles E. Weir |
| | Thomas A. Ryan<br>Charles E. Weir<br>Gregory R. Jones<br>McDERMOTT WILL & EMERY LLP<br>2049 Century Park East, 38th Floor<br>Los Angeles, CA 90067<br>Phone: (310) 277-4110<br>Facsimile: (310) 277-4730<br>E-mails: tryan@mwe.com;<br>cweir@mwe.com; gjones@mwe.com |
| | James Baird<br>LOOKOUT MOUNTAIN LEGAL LLC<br>722 Washington Ave., No. 203<br>Golden, CO 80401<br>Phone: (720) 497-8300<br>Facsimile: (720) 294-1307<br>E-mail: james_baird@mac.com |
| | *Attorneys for Plaintiff*<br>*Total Renal Care, Inc.* |
| Dated: May 28, 2010 | By: /s/ Jeffrey C. Clark |
| | Ellen E. Stewart<br>Denise S. Maes<br>BERENBAUM, WEINSHIENK & EASON, PC<br>4800 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202<br>Phone: (303) 592-8310<br>Fax: (303) 629-7610<br>E-mail: estewart@bw-legal.com |
| | Jeffrey C. Clark<br>Daniel P. Bubar<br>McGUIREWOODS LLP<br>77 W. Wacker Drive, Suite 4100<br>Chicago, IL 60601<br>Phone: (312) 849-8100<br>Facsimile: (312) 849-3690 |
| | *Attorneys for Defendants*<br>*Western Nephrology and Metabolic Bone Disease, P.C., Michael Anger, M.D., Matthew Esson, M.D., David Gillum, M.D.,* |


- 3 -

*Richard Halterman, M.D., Karen Lochhead, M.D., Thomas Mooney, M.D., and Harmeet Singh, M.D.*

| | |
|---|---|
| Dated: May 28, 2010 | By: /s/ David G. Palmer |

David G. Palmer
Michael R. Davis
GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel: 303.572.6500
Fax: 303.572.6540
Emails: palmerdg@gtlaw.com, davism@gtlaw.com

*Attorneys for Defendant American Renal Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **May 28, 2010**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Jeffrey C. Clark<br>jclark@mcguirewoods.com<br>McGuireWoods LLP<br>77 West Wacker Drive<br>Chicago, IL 60601<br>T: (312) 849-8100<br>F: (312) 849-3690<br><br>Ellen Elizabeth Stewart<br>estewart@bw-legal.com<br>Berenbaum, Weinshienk & Eason, P.C.<br>370 17th Street, Suite 4800<br>Denver, CO 80202<br>Telephone: (303) 825-0800<br>Facsimile: (303) 629-7610 | Attorneys for Defendants Western Nephrology and Metabolic Bone Disease, P.C., Michael Anger, M.D., Matthew Esson, M.D., David Gillum, M.D., Richard Halterman, M.D., Karen Lochhead, M.D., Thomas Mooney, M.D., Harmeet Singh, M.D. |
| David G. Palmer<br>palmerdg@gtlaw.com<br>Michael Davis<br>davism@gtlaw.com<br>Greenberg Traurig LLP<br>1200 17th Street, Suite 2400<br>Denver, CO 80202<br>Telephone: (303) 572-6500<br>Fax: (303) 572-6540 | Attorneys for American Renal Associates Inc. |

By:   */s/ Charles E. Weir*
Charles E. Weir
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Phone:  (310) 277-4110
Facsimile:  (310) 277-4730
E-mail: cweir@mwe.com
*Attorneys for DaVita, Inc., Total Renal Care, Inc., and Total Renal Research, Inc.*