**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00513-CMA-KMT

TOTAL RENAL CARE, INC.,

    Plaintiff,

v.

WESTERN NEPHROLOGY AND METABOLIC BONE DISEASE, P.C.,
MICHAEL ANGER, M.D.,
MATTEW ESSON, M.D.,
EILEEN FISH, M.D.,
DAVID GILLUM, M.D.,
RICHARD HALTERMAN, M.D.,
MARK HARRISON, M.D.,
KAREN LOCHHEAD, M.D.,
THOMAS MOONEY, M.D.,
HARMEET SINGH, M.D.,
AMERICAN RENAL ASSOCIATES INC., and
DOES 1 THROUGH 50,

    Defendants.

---

**ORDER OF DISMISSAL**

---

Pursuant to the Notice of Settlement and Stipulation Regarding the Dismissal of All Claims With Prejudice (Doc. # 258) and Fed. R. Civ. P. 41(a)(1), requesting dismissal of all claims and counterclaims in the above-captioned action, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear his, her or its own respective fees, costs and expenses.

    DATED:  June  2 , 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge